Order issued December 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01441-CR

**PATRICK ALLEN BENTLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

Appellant has filed a pro se supplemental brief and moves for leave to file the supplemental brief, to dismiss counsel, and to appoint new counsel. Appellant is represented by counsel who filed a brief on the merits and is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981); *see also* TEX. CODE CRIM. PROC. ANN. art. 26.04(j)(2) (West Supp. 2012). Additionally, while this Court may grant a motion to withdraw filed by an attorney, *see* TEX. R. APP. P. 6.5, it does not have authority to appoint substitute counsel. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(d). The Court **DENIES** appellant's motions.

LANA MYERS
PRESIDING JUSTICE